```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RICARDO VELASQUEZ,

                           **Plaintiff,**                    21-CV-10620 (PAE)(VF)

          -against-                               **ORDER**

NY COMMUNITY FINANCIAL, LLC, et al,

                         **Defendants.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On April 25, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint status letter no later than **Monday, May 23, 2022** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of mediation, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:     New York, New York
                May 16, 2022

                                                         _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge